UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>AARON WILLIAMS III,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>_____ ) | Case Nos. CR00-0263-JCC-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary probation revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on October 11, 2005. The United States was represented by Assistant United States Attorney Floyd Short, and the defendant by Mr. Todd Maybrown. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about August 2, 2002, by the Honorable John C. Coughenour on charges of bank fraud. The defendant was sentenced to ten days in custody followed by five years of supervised release.

Conditions of his supervised release included the requirement that the defendant comply with all local, state, and federal laws, and with the standard conditions. Other special conditions imposed were participation in a substance-abuse program, financial disclosure, search, abstaining from alcohol use, six months of home confinement, and restitution.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

In the Petition for Warrant or Summons for Offender Under Supervision, dated August 2, 2005, U.S. Probation Officer Jerrod Akins asserted the following violations of defendant's conditions of supervised release:

(1) Failing to pay restitution for the months of May through July 2005, in violation of the condition that he pay restitution in monthly installments as directed by the U.S. Probation Officer.

(2) Failing to submit a timely, truthful, and complete monthly report for the months of June 2005 and July 2005 in violation of standard condition No. 2.

(3) Consuming marijuana on or before July 20, 2005, in violation of standard condition No. 7.

Defendant admitted to each violation and waived any right to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release. A disposition hearing for the these violations is set before the Honorable John C. Coughenour at 9:00 a.m. on October 21, 2005. Pending a final determination by the Court, the defendant has been released.

DATED this 11th day of October, 2005.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable John C. Coughenour
     AUSA:                  Mr. Floyd Short
     Defendant's attorney:  Mr. Todd Maybrown
     Probation officer:     Mr. Jerrod Akins